■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRIS IBRALIC, Appellant. [864 NYS2d 187]—Appeal from a judgment of the County Court of Albany County (Breslin, J.), rendered April 20, 2007, convicting defendant upon his plea of guilty of the crime of burglary in the second degree.

Defendant pleaded guilty to burglary in the second degree and was sentenced to seven years in prison and $2^{1}/_{2}$ years of postrelease supervision. He now appeals.

Contrary to defendant's assertion, the record reveals that he knowingly, intelligently and voluntarily waived his right to appeal (see People v Lopez, 6 NY3d 248, 256 [2006]). Given his valid appeal waiver, defendant's challenges to both the severity of his sentence and the denial of youthful offender treatment are precluded (see People v Stark, 49 AD3d 969 [2008]). Consequently, the judgment is affirmed.

Peters, J.P., Spain, Kane, Malone Jr. and Kavanagh, JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE BACOTE, Appellant. [862 NYS2d 924]—Appeal from a judgment of the County Court of Ulster County (Bruhn, J.), rendered April 9, 2003, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the third degree.

In satisfaction of a two-count indictment, defendant pleaded guilty to criminal possession of a controlled substance in the third degree. In accordance with the plea agreement, he was sentenced as a second felony offender to $4^{1}/_{2}$ to 9 years in prison. He now appeals, however, the Public Defender's office has made an application seeking to be relieved of its assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Accordingly, the judgment is affirmed and defense counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

Cardona, P.J., Carpinello, Rose, Kavanagh and Stein, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.